### Thomas J. Hailey v. Wright T. Pollard.

Where the defendant proved that the consideration of a note was Confederate money, and therefore void, and the proof was that it was given for horses, about the value of which there was no proof, the court (the case was tried by the judge) did right to find the law and the facts for the plaintiff.

Error from Harris. The case was tried before Hon. Benjamin Shropshire, one of the district judges.

The facts are sufficiently indicated in the opinion and in the syllabus. It was simply a defense not proved.

*Henderson & Whitfield,* for appellant.

*Gray & Botts,* for appellee.

Morrill, C. J.—Pollard, as indorsee of a promissory note made by Hailey, brought suit thereon, to which Hai-

ley pleaded that the payment of the note was to be made in Confederate money, and that this money was worth only one-fifth of its nominal value.

The cause was submitted to the judge without a jury, who gave a judgment on the note for the sum called for therein. Quite a number of witnesses were examined upon the question at issue, and, among others, the payee of the note. We concur in the views of the district judge both as to the facts and the law, and affirm the judgment.

JUDGMENT AFFIRMED.